USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUI MING LI, HANG JIAN CHI, GUO PING LI, HAO MIN CHEN, GUI XIANG DONG, CHUEN MUI CHAN, GUI FANG CHEN, JIAN XIA CHEN, JIAN ZHONG CHEN, JUAN CHEN, SHU HUA CHEN, XIANG LAN CHEN, XIANG WEI CHEN, YUE LAN CHEN, CHUN FENG CHI, SIEW YOON CHUNG, ZHAO YU DONG, SUM KONG LAU, GUO RONG LI, JIAN DE LI, JIE LI, QUAN DI LI, SAI HANG LI, WEI LI, WEN ZHOU LI, HONG BIN LIN, LI YUN LIN, LIANG YUN LIN, WAN RONG LIN, XIN WEI LIN, JIAN HUA LIN, XUE HUA LIN, JING XING LIU, MEI JUAN MO, YI DI QIU, XIAO MEI WANG, ZHEN HUO WENG, XIU YING WENG, JI YOU, XIU YUE YU, LI XIAN ZHANG, SHU BAO ZHAO, YI JUAN ZHENG, <br>         Plaintiffs, <br><br> vs. <br><br> 2875 RESTAURANT INC. d/b/a/ OLLIE'S NOODLE SHOP & GRILLE, MAY KWAN SI, INC. d/b/a OLLIE'S NOODLE SHOP & GRILLE, 1160 THIRD AVENUE FOOD SERVICE, INC. d/b/a OLLIE'S NOODLE SHOP & GRILLE, TSU Y. WANG, CHIH CHOU YU a/k/a TSU ZHOU YU, JIN LONG CHEN, JIN HUANG CHEN a/k/a JIN CHEN HUANG, RONG LIN ZHU, HANG CHENG CHEN, <br>         Defendants. | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) <br><br><br><br> No. 07 Civ. 2601 (MGC) |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice as against Defendants 2875 Restaurant, Inc., May Kwan Si, Inc., 1160 Third Avenue Food Service, Inc., Tsu Y. Wang, Chih Chou Yu, Guin Loung Cheng (sued herein as Jin Long

Chen), Tommy Lung Ling Chu (sued herein as Rong Lin Zhu), Jin Huang Chen and Han Cheng Chen (sued herein as Hang Cheng Chen) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: May 22, 2009

SHEARMAN & STERLING LLP

By: /s/ 8/7/2009
Henry Weisburg
David Wishengrad
Brian Burke
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000 (phone)

and

URBAN JUSTICE CENTER

By: /s/ August 7, 2009
David Colodny
Molly Biklen
123 William Street, 16th Floor
New York, NY 10038
(646) 602-5600 (phone)

*Attorneys for Plaintiffs*

SNOW BECKER KRAUSS

By: /s/ David B. Feldman 7/30/09
David B. Feldman
Ronald Herzog
Michael Du Boff
Evan Michailidis
605 Third Avenue
New York, NY 10158-0125
(212) 687-3860 (phone)

*Attorneys for Defendants*

Close Case

So ordered.

/s/
United States District Judge
September 17, 2009